U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Abdessamad Baba Kaidi        Case No. 19-07372
Debtor (s)                          Chapter 7
                                    (Honorable Judge LaShonda A. Hunt)

## NOTICE OF MOTION

To: **U.S. Trustee Office** and **Trustee Eugene Crane** through ECF electronic filing submission notice and **debtor,** through US Post, and **attached list of creditors** through U.S. Post.

PLEASE TAKE NOTICE that on **Wednesday, June 12, 2019 at 10:30 am** or soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge LaShonda A. Hunt** in her courtroom **719** or before any Judge who may be sitting in her stead as may be designated on that date at the Bankruptcy Court 219 S. Dearborn St, Chicago, Illinois 60604 and then and there present our attached **Motion to Convert to Chapter 13**, a copy of which is hereby attached and herewith served upon you and shall request an order in compliance therewith at which time you may appear if you so desire.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of this notice along with motion upon the above service list through ECF electronically notice through the court and to debtor in a properly addressed envelope, with proper postage prepaid, deposited through the United Postal Offices address below on this date June 5, 2019.

S/S/ S.M. de Rath

S.M.de Rath, Esq
Willis (Sears) Tower
84th Floor
233 S. Wacker Drive
Chicago, IL 60606
(312) 283-8606
#6189298

U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

In Re: Abdessamad Baba Kaidi          Case No. 19-07372
Debtor (s)                             Chapter 7
                                       (Honorable Judge LaShonda A. Hunt)

**SERVICE LIST:**

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

William Neary, United States Trustee  219
South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Bankruptcy Trustee:
Tom Vaughn, Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

**Parties Served Via fax & First Class Mail:**

**Mortgage Creditor**
Mr Cooper Mortgage
8950 Cypress Waters Blvd
Dallas, TX 75019

Anselmo Lindberg & Assoc., LLC, 1771 W. Diehl Rd, Suite 120, Naperville, IL 60563

The Judicial Sales Corp, One South Wacker Drive, 24th Floor, Chicago IL 60606-4650

**Parties Served Via First Class Mail:**

**Debtor,**
**Abdessamad Baba**
**Kaidi**
**Address: 8652 W.**
**Catherine Ave AptG**
**Chicago, IL 60656**

The following separate attached List of creditors

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Abdessamad Baba Kaidi

Case No. 19-07372
Chapter 7
(Honorable Judge LaShonda A. Hunt)

Debtor (s)

## MOTION TO CONVERT CHAPTER 7 TO CHAPTER 13 BANKRUPTCY CASE

NOW COMES the debtor, by and through his attorneys, and moves this Honorable Court pursuant to 11 U.S.C. § 706, for an order allowing him to convert from a Chapter 7 to a Chapter 13 of the title 11 of the United States Bankruptcy Code. In support thereof, debtor alleges as follows:

1. Debtor, filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code on March 16, 2019.

2. Debtor's §341 Meeting of Creditors is May 8, 2019.

3. Debtor wishes to convert his Chapter 7 bankruptcy case to a Chapter 13 bankruptcy case for credit reasons and because he is now able to pay his debts not wiped out in his Chapter 7 bankruptcy in a Chapter 13 plan.

4. Debtor also reduced his personal expenses so that he has over $200 a month to pay his creditors in a Chapter 13 plan.

WHEREFORE, the Debtor's prays this Honorable Court:
A. For an Order allowing Debtor to convert his case from Chapter 7 to a Chapter 13 under the United States Bankruptcy Code.

Respectfully submitted:
s/s S.M.deRath
Attorney for Debtor

S.M.de Rath, Esq
Willis (Sears) Tower
84th Floor
233 S. Wacker Drive
Chicago, IL 60606
(312) 283-8606
#6189298

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Abdessamad Baba Kaidi

Case No. 19-07372
Chapter 7
(Honorable Judge LaShonda A. Hunt)

Debtor (s)

ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

THAT THIS CAUSE COMING on to be heard before **Honorable Judge LaShonda A. Hunt** before this Court, due Notice having been given, the Honorable Court apprised in all the premises for the debtor filing her motion and application to convert in accordance with 11 U.S.C. §706 (a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. Having been no objection within the time required.

WHEREFORE IT HEREBY ORDERED THAT:

1. Debtor's Chapter 7 bankruptcy case is converted to a case under Chapter 13 of the bankruptcy code.

*[signature]*
ABD ESSAMAD BABA KAIDI

ENTERED:

_____
**Honorable Judge LaShonda A. Hunt**
UNITED STATES BANKRUPTCY JUDGE

DATED:_____

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Abdessamad Baba Kaidi

Case No. 19-07372
Chapter 7
(Honorable Judge LaShonda A. Hunt)

Debtor (s)

ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

THAT THIS CAUSE COMING on to be heard before **Honorable Judge LaShonda A. Hunt** before this Court, due Notice having been given, the Honorable Court apprised in all the premises for the debtor filing her motion and application to convert in accordance with 11 U.S.C. §706 (a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. Having been no objection within the time required.

WHEREFORE IT HEREBY ORDERED THAT:

1. Debtor's Chapter 7 bankruptcy case is converted to a case under Chapter 13 of the bankruptcy code.

ENTERED:

_____
**Honorable Judge LaShonda A. Hunt**
UNITED STATES BANKRUPTCY JUDGE

DATED:_____